UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | Case No. 23-CR-00340 (DSD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| v. | ) | **RELEASE BACK TO** |
| | ) | **STATE CUSTODY** |
| Dean Wade Guenther, | ) | |
| | ) | |
| Defendant. | ) | |

Dean Wade Guenther, by and through his undersigned attorney, respectfully moves the Court for an Order granting release from federal custody back to state custody pursuant to Fed. R. Crim. P. 32.1. This requested transfer of custody is not unnecessarily burdensome and is in the interest of justice.

On January 21, 2025, Mr. Guenther was sentenced for Felon in Possession of a Firearm by Judge David S. Doty, who fixed the period of supervision at 3 years supervised release. Mr. Guenther was released from Bureau of Prisons custody on March 19, 2025, and the term of his supervised release began.

On October 9, 2025, Mr. Guenther was arrested and charged in Hennepin County, Minnesota with three counts of First-Degree Drug Sale and one count of Prohibited Person in Possession of a Firearm. (27-CR-25-25707). A federal arrest warrant for Violation of Supervised Release was issued on October 10, 2025. (Doc. 75, 25-MJ-00857 (JMB/DTS)). On December 17, 2025, Mr. Guenther was charged in the District of Minnesota in a Criminal Complaint with possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). (Doc. 1, 25-MJ-00857 (JMB/DTS)).

On January 15, 2026, Magistrate Judge Douglas L. Micko granted the Government's order for detention. (Doc. 12, 25-MJ-00857 (JMB/DTS)). The Order found that Mr. Guenther allegedly committed the offense while on supervised release for a federal conviction and "is currently in custody for a related state charge." *Id.* The Order also found that Mr. Guenther waived both the preliminary and detention hearings but reserved the right to move to reopen the detention hearing if circumstances change. *Id.*

On January 27, 2026, the Government filed a Motion to Dismiss the aforementioned case. On February 4, 2026, Judge Jeffrey M. Bryan granted the motion, and dismissed 25-MJ-00857 without prejudice.

Mr. Guenther's only pending federal charge is the alleged Violation of Supervised Release (23-CR-00340). The primary reason for his federal detention was the new federal complaint (25-MJ-00857). However, as that case has been dismissed, this Court does not have to consider any condition or combination of conditions that would reasonably assure Mr. Guenther's appearance at further Court proceedings for that case. In addition, being released back to the custody of Hennepin County, will still reasonably assure the safety of any other person and the community.

Furthermore, Mr. Guenther respectfully requests that he be released back to the custody of Hennepin County to help assist with his active state court case (27-CR-25-25707). Mr. Guenther's Public Defender, Allegra Lukac, informed the undersigned that it has been difficult for her to communicate with Mr. Guenther and provide him with updates and critical pieces of discovery while he has been detained at Sherburne County Jail. Ms. Lukac urges this Court that it would greatly assist in her representation of Mr. Guenther if he was in Hennepin County custody going forward.

Once there has been a resolution of his state court case, the alleged Violation of Supervised Release can be properly addressed, and this Court can request a writ to transfer Mr. Guenther back to federal custody. Accordingly, Mr. Guenther respectfully requests the next available detention hearing as a change of circumstances has occurred.

Dated: February 27, 2026               Respectfully submitted,

                                       S/Thomas H. Shiah
                                       Thomas H. Shiah #100365
                                       331 Second Ave South, Ste 705
                                       Minneapolis, Minnesota 55401
                                       (612) 338-0066

                                       ATTORNEY FOR DEFENDANT